THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Henry Woods, Appellant.
 
 
 

Appeal From Kershaw County
 J. Ernest Kinard, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-102
 Submitted February 1, 2012  Filed
February 22, 2012    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Assistant Attorney General Mark R. Farthing, and Solicitor Daniel E. Johnson,
 all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Henry
 Woods pleaded guilty to voluntary manslaughter and second-degree lynching
 pursuant to North Carolina v. Alford.[1] 
 He appeals his concurrent sentences of twenty-two years' and twenty years' imprisonment,
 respectively, arguing the circuit court abused its discretion in sentencing him
 to a longer term than his codefendants.  We affirm[2] pursuant to Rule 220(b)(1), SCACR, and the following authority:  Brooks v
 State, 325 S.C. 269, 271, 481 S.E.2d 712, 713 (1997) ("A [circuit
 court] is allowed broad discretion in sentencing within statutory
 limits."); id. at 272, 481 S.E.2d at 713 ("A sentence is not
 excessive if it is within statutory limitations and there are no facts
 supporting an allegation of prejudice against a defendant.").
AFFIRMED.
FEW, C.J., HUFF and SHORT,
 JJ., concur.

[1] 400 U.S. 25 (1970).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.